# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

THOMAS BENSON,

    Plaintiff

v.

STEVEN B. WOLFSON, et al.,

    Defendants

Case No.: 2:20-cv-00771-APG-EJY

**Order**

    This case was transferred to this court in April 2020, and I ordered a status report be filed by May 29, 2020. ECF Nos. 5, 7. Plaintiff Thomas Benson did not file a status report and mail sent to him at the address on file was returned in the mail. *See* ECF No. 9. Under Local Rule IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. . . . Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Benson has not updated the court with his new address and it appears he has abandoned this lawsuit. Consequently, I ordered Benson to show cause why this action should not be dismissed for failure to prosecute and failure to comply with Local Rule IA 3-1. I advised Benson that if he did not respond to the show cause order by September 18, 2020, I would dismiss this case without prejudice. Benson did not respond to the show cause order.

    I THEREFORE ORDER that plaintiff Thomas Benson's complaint (ECF No. 1) is DISMISSED without prejudice. The clerk of court is instructed to close this case.

    DATED this 24th day of September, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE